# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JOE VLASTELICA,   CASE NO.: 2:24-cv-924

    Plaintiff,

vs.

NEWREZ, LLC D/B/A SPECIALIZED
LOAN SERVICING, LLC

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Joe Vlastelica, and Defendant, NewRez, LLC d/b/a Specialized Loan Servicing, LLC (collectively, the "Parties") by and through their respective counsel, hereby submit this Notice of Pending Settlement and states that Plaintiff and the above named Defendant have reached a settlement with regard to all claims in this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 28, 2025

| REBBECCA GOODALL LAW, PA | HUSCH BLACKWELL LLP |
|---|---|
| /s/ Rebbecca A. Goodall | /s/ Erica Conklin Baines |
| Rebbecca A. Goodall, Esq. | Erica Conklin Baines, Esq. |
| Florida Bar No.: 0115344 | Florida Bar No.: 58121 |
| rgoodall.law@gmail.com | Erica.Baines@huschblackwell.com |
| P.O. Box 1304 | 1415 Panther Lane, Suite 309 |
| Elfers, FL 34680 | Naples, FL 34109 |
| (813) 438-3695 | (312) 526-1551 |
| Attorney for Plaintiff | Attorneys for Defendant, NewRez, LLC |